JERRY S. BUSBY
Nevada Bar #001107
POOJA KUMAR
Nevada Bar #012988
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
pkumar@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LINDA TALAL JARMAKANI, individually,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS INC dba SMITH'S #301, a foreign corporation; DOES I through X, inclusive and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01854-RFB-DJA<br><br>**STIPULATION AND ORDER FOR**<br>**DISMISSAL WITH PREJUDICE** |

WHEREAS all Parties and their respective counsel have agreed upon a full and final settlement of this case:

IT IS HEREBY STIPULATED AND AGREED by and between Jerry S. Busby, Esq. and Pooja Kumar, Esq. of the law firm COOPER LEVENSON, P.A. as counsel of record for Defendant SMITH'S FOOD & DRUG CENTERS, INC. and Matthew P. Pawlowski of the law firm THE702FIRM INJURY ATTORNEYS as counsel of record for Plaintiff LINDA TALAL JARMAKANI as follows:

1. That the claims herein of Plaintiff LINDA TALAL JARMAKANI against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own fees and costs; and

//

//

NG-C2N3CBX6 4915-8598-0480.1

2. That there is no trial date set for this case yet inasmuch as this case is still in the discovery phase.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 3rd day of June, 2025. | DATED this 3rd day of June, 2025. |
| THE702FIRM INJURY ATTORNEYS | COOPER LEVENSON, P.A. |
| /s/ Matthew P. Pawlowski | /s/ Jerry S. Busby |
| MICHAEL C. KANE, ESQ.<br>Nevada Bar No. 10096<br>BRADLEY J. MYERS, ESQ.<br>Nevada Bar No. 08857<br>MATTHEW P. PAWLOWSKI, ESQ.<br>Nevada Bar No. 09889<br>8335 West Flamingo Road<br>Las Vegas, Nevada 89147<br>(702) 776-3333<br>Attorneys for Plaintiff<br>Linda Talal Jarmakani | JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 01107<br>POOJA KUMAR, ESQ.<br>Nevada Bar No. 12988<br>3016 West Charleston Boulevard, Suite 195<br>Las Vegas, Nevada 89102<br>(702) 366-1125<br>Attorneys for Defendant<br>Smith's Food & Drug Centers, Inc. |

**IT IS SO ORDERED.**

DATED this 4th day of June, 2025.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

NG-C2N3CBX6 4915-8598-0480.1